IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00220-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JILL M. EVANS,

        Defendant.

## ORDER TO RESTRICT INDICTMENT [DOC. #1] AND ACCEPT REDACTED INDICTMENT FOR FILING

This matter is before the Court on the Government's Unopposed Motion to Restrict Indictment and File Unrestricted, Redacted Indictment. Upon consideration and for good cause shown,

IT IS ORDERED that the Indictment [Doc. #1] is hereby restricted until further order of the Court at a "Level 2 Restriction" and will be "viewable by selected parties & court" only.

IT IS FURTHER ORDERED that the Redacted Indictment is accepted for filing.

IT IS SO ORDERED on this 3rd day of June, 2015.

                            s/ *John L. Kane*
                        SENIOR U.S. DISTRICT COURT JUDGE