**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Criminal Action No. 15-cr-00220-JLK-1

UNITED STATES OF AMERICA,

        Plaintiff,

v

JILL M. EVANS,

        Defendant,

___

**AMENDED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXCLUSION OF 180 DAYS FROM THE SPEEDY TRIAL ACT (DOC. 24)**
___

This matter comes on for consideration of the Defendant's Unopposed Motion for an Exclusion of 180 Days from the Speedy Trial Act under 18 U.S.C. § 3161(h)(7) and to extend by 120 days the deadline for filing pretrial motions (Doc. 24). The Court **GRANTS** the motion and finds as follows:

    1.  The Defendant is charged with eight counts of Wire Fraud and six counts of Money Laundering. Discovery is voluminous and extensive. There are a number of witnesses for the defense to locate and interview and transaction records for the defendant to obtain and review.

    2.  For the reasons stated in the Motion, the Court agrees the public's interest in a speedy trial are outweighed by the need for additional time for defense counsel to effectively prepare the defense. *See* 18 U.S.C. § 3161(h)(7)(B)(i)-(iv)(as applied in *United States v. Toombs*, 574 F.3d 1262, 1268-69 (10th Cir. 2009)).

I further find that it is in the best interests of justice to grant the requested 180-day exclusion from the provisions of the Speedy Trial Act and that such delay is not adverse to the constitutional right of the defendant to a speedy trial.

Oral argument is not necessary given the completeness of the motion and the government's consent to it.

Accordingly, it is ORDERED that Defendant's Motion is **GRANTED**.  The July 24, 2015, Trial Preparation Conference is VACATED and is rescheduled for **January 15, 2016, at 10:00 a.m.**  The August 3, 2015, three-week jury trial currently set in this case is VACATED, and is rescheduled for **January 25, 2016, at 9:00 a.m.** .

FURTHER ORDERED that the deadline for filing pretrial motions is EXTENDED 120 days to **October 20, 2015.**  Responses to these motions are due **November 16, 2015.**

Dated June 23, 2015, at Denver, Colorado.

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE