UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 15-cr-00220-JLK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JILL EVANS,

   Defendant.

___

**ORDER ON PENDING MOTIONS [DOCS. 31, 32, 33, 34]**
___

Kane, J.

THIS MATTER comes before the Court on the defendant's Motion to Pretrial Notice of 404(b) Evidence (Doc. 31); Motion to Dismiss-Duplicity (Doc. 32); Motion for Rule 806 Impeachment Evidence (Doc. 33); and Motion for Expert Disclosure (Doc. 34).  After consideration, the motions are each DENIED.

1. With regard to Docs. 31 and 33, the government has complied and continues to comply with required discovery obligations – the requested discovery related to any lack of credibility of the defendant is not so required and the government's objection thereto is sustained.

2. The case of *United States v. Cronic*, on which the defense relies to support his arguments regarding duplicity has been "effectively overruled" and no longer supports the relief requested.  *See United States v. Zar, 790 F.3d 1036, 1050 (10th Cir. 2015)*.

3.  With regard to defendant's Motion for Expert Disclosure (Doc. 34), the Motion is GRANTED to the extent confessed by the government and DENIED as to requests exceeding the limits of Federal Rule of Criminal Procedure 16.  Of course, the government continues to be obligated to provide *Brady* material.  The government's request for a disclosure date of April 7, 2016, is GRANTED.

IT IS FURTHER ORDERED, that in light of Mr. Golla's withdrawal and the appoint of new counsel for defendant, these motions and my rulings on them may be revisited, for good cause, upon the filing of any germane and appropriate motion for reconsideration.

DATED this 7th day of March, 2016.

BY THE COURT:

_____John L. Kane_____
John L. Kane
Senior U.S. District Court Judge